SWOGGER *v.* MAXWELL, WARDEN.

(No. 39283—Decided June 9, 1965.)

*Mr. Foster Hiram Swogger, in propria persona.*

*Mr. William B. Saxbe,* attorney general, and *Mr. William C. Baird,* for respondent.

*Per Curiam.* In this action, petitioner is raising the identical issues raised by him and considered and disposed of by this court in *Swogger* v. *Maxwell, Warden* (decided July 1, 1964), 176 Ohio St. 415. There have been no changes in the law which warrant a reconsideration of such issues.

*Petitioner remanded to custody.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.